United States District Court

District of Minnesota

Fourth Division

---

| | |
|---|---|
| Geraldine Christensen, as Trustee for next-of-kin of Kenneth Christensen, decedent,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　　Defendant. | Civil No.: 07CV4724 RHK/JSM<br><br>**ORDER DISCHARGING TRUSTEE** |

---

Pursuant to Court Order dated April 15, 2009, receipts from all distributees have been filed, and, therefore,

**IT IS HEREBY ORDERED:**

1.　　That Geraldine Christensen is discharged from her duties as Trustee for the next-of-kin of Kenneth Christensen, decedent.

　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　The Honorable Richard H. Kyle
　　　　　　　　　　　　Judge of U.S. District Court

Dated:　　5/13/09